JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE MERRIAM,<br><br>              Plaintiff,<br><br>   v.<br><br>WELTMAN WEINBERG & REIS CO.; and DOES 1-10,<br><br>              Defendants. | Case No. CV 21-2201 PA (SKx)<br><br>JUDGMENT OF DISMISSAL |

In accordance with the Court's July 14, 2021 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: July 14, 2021

                                                                     Percy Anderson
                                                        UNITED STATES DISTRICT JUDGE